UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISCOVER BANK,<br><br>　　　　　Defendant. | No.<br><br>NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT |

TO: The Honorable Judges of the United States District Court for the Western District of Washington at Tacoma

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Discover Bank hereby removes the above-captioned action from the Superior Court of Washington for Clallam County to this Court on the basis of federal question jurisdiction. The following statement is submitted in accordance with 28 U.S.C. § 1446:

## I. BACKGROUND

1. Defendant Discover Bank ("Discover") is an FDIC Delaware-insured Delaware state bank. *See* Declaration of Erin M. Wilson ("Wilson Decl.") at ¶ 2.

2. Plaintiff Stephanie Wilson ("Wilson") is a resident of Clallam County, Washington. Wilson commenced this action against Discover in the Superior Court of Washington for Clallam County. Plaintiff's Complaint for Violation of the Federal Telephone

NOTICE OF REMOVAL OF CIVIL ACTION TO
FEDERAL COURT - 1

118144.0039/5329338.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Consumer Protection Act was served on Discover on February 9, 2012. Wilson Decl., ¶ 3. Plaintiff's Complaint was filed with the Clallam County Superior Court on January 12, 2012, and is now pending as Cause No. 12-2-00031-2. *Id.* Plaintiff's Complaint purports to assert claims against Discover for violations of 47 U.S.C. § 227, the Telephone Consumer Protection Act ("TCPA"). A true and correct copy of the Summons and Complaint is attached to the Wilson Decl. as Exhibit A.

## II. STATUTORY REQUIREMENTS—FEDERAL QUESTION

3. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's Complaint based on federal question jurisdiction, because this civil action arises under the Constitution, laws, or treaties of the United States, namely, 47 U.S.C. § 227, the TCPA. The Plaintiff's complaint alleges a single cause of action: violation of the TCPA. *See* Complaint at ¶¶ 5, 8.

4. Specifically, Plaintiff alleges that Discover Bank made numerous telephone calls to her cellular telephone, without her prior express consent, using an automatic telephone dialing system. Plaintiff alleges that these telephone calls violated the TCPA.

5. The United States Supreme Court's decision in *Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740 (U.S. 2012) recently affirmed this Court's jurisdiction over TCPA claims. In that case, Mims filed an action in federal court alleging that the defendant violated the TCPA by repeatedly using an automatic telephone dialing system to call Mims's phone. *Id.* at 742. Mims invoked federal question jurisdiction, and the Supreme Court held that the "TCPA's permissive grant of jurisdiction to state courts does not deprive the U.S. district courts of federal-question jurisdiction over private TCPA suits." *Id.* "Because federal law creates the right of action and provides the rules of decision, Mims's TCPA claim, in § 1331's words, plainly 'aris[es] under' the 'laws ... of the United States.'" *Id.* There is no reason for "any barrier to the U.S. district courts' exercise of general federal-question jurisdiction." *Id.* at 745. Indeed, cases alleging violations of the TCPA are removable under 28 U.S.C. § 1331.

NOTICE OF REMOVAL OF CIVIL ACTION TO
FEDERAL COURT - 2

118144.0039/5329338.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

*Id.* at 753 n.15 (stating that "[w]hen Congress wants to make federal claims instituted in state court nonremovable, it says just that." (citing *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 696-97, 123 S.Ct. 1882 (2003))).

## IV. PROCEDURAL REQUIREMENTS

6. This Notice of Removal is timely filed within thirty (30) days from the date on which the Summons and Complaint were served and removable pursuant to 28 U.S.C. § 1446(b).

7. This Court is the United States District Court for the district and division within which Plaintiff's action is pending. *See* 28 U.S.C. § 1441(a).

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a). The claims asserted in the Complaint arose in this district, and Defendant does business in this district.

Therefore, Defendant gives notice that Cause No. 12-2-00031-2 has been removed from Clallam County Superior Court to this Court.

DATED this 9th day of March, 2012.

LANE POWELL PC

By *s/Grant S. Degginger*
Grant S. Degginger, WSBA No. 15261
Email: deggingerg@lanepowell.com

By *s/Erin M. Wilson*
Erin M. Wilson, WSBA No, 42454
Email: wilsonem@lanepowell.com

1420 Fifth Avenue Suite 4100
Seattle, WA 98101
Telephone: 206-223-7000
Facsimile: 206-223-7107

Attorneys for Defendant Discover Bank

NOTICE OF REMOVAL OF CIVIL ACTION TO
FEDERAL COURT - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

118144.0039/5329338.1

## DECLARATION OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 9th day of March, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Dennis R. Kurz
Weisberg & Meyers lLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
Email: DKurz@AttorneysForConsumers.com

☑ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

DATED this 9th day of March, 2012 at Seattle, Washington.

*[signature]*
Declarant

NOTICE OF REMOVAL OF CIVIL ACTION TO
FEDERAL COURT - 4

118144.0039/5329338.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107