THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER BANK. <br><br> Defendant. | No. 3:12-cv-05209-RBL <br><br> **VERIFICATION OF STATE COURT RECORDS** |

I, ERIN M. WILSON, hereby declare:

1.  I am one of the attorneys of record for Defendant Discover Bank in the above-referenced action. I am a citizen of the United States and am competent to make this declaration based upon my personal knowledge and to identify the exhibits attached hereto.

2.  Pursuant to Local Rule W.D. Wash. 101(b), I verify that the following documents are true and correct copies of all of the records that have been filed with the Clallam County Superior Court under Cause No. 12-2-00031-2, *Stephanie Wilson v. Discover Bank* as of today's date (*see* docket sheet attached as **Exhibit A**):

    A.  A true and correct copy of the Case Information Cover Sheet, filed in Clallam County Superior Court on January 12, 2012 (Superior Court docket no. 1), is attached hereto as **Exhibit B**;

VERIFICATION OF STATE COURT RECORDS - 1
No. 12-CV-05209-RBL

118144.0039/5329318.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

00001

      B.    A true and correct copy of the Demand for Jury, filed in Clallam County Superior Court on January 19, 2012 (Superior Court docket no. 4), is attached hereto as **Exhibit C**;

      C.    A true and correct copy of the Affidavit/Declaration of Service, filed in Clallam County Superior Court on February 27, 2012 (Superior Court docket no. 5) is attached hereto as **Exhibit D**;

      D.    A true and correct copy of the Notice of Appearance, filed in Clallam County Superior Court on March 1, 2012 (Superior Court docket no. 6) is attached hereto as **Exhibit E**;

      E.    A true and correct copy of the Notice to the Clerk of Removal to Federal Court (without attachments), filed in Clallam County Superior Court on March 12, 2012 (Superior Court docket no. 7), is attached hereto as **Exhibit F.**

    3.    The following documents were attached to the Declaration of Erin M. Wilson in Support of Removal, previously filed with this Court, and are not re-filed herein pursuant to Local Rule W.D. Wash. 101(b):

      A.    Plaintiff's Complaint (Superior Court docket no. 1); and

      B.    Summons (Superior Court docket no. 4).

I declare under penalty of perjury of the laws of the United States and State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington on this 15th day of March, 2012.

*Erin M. Wilson*
Erin M. Wilson

VERIFICATION OF STATE COURT RECORDS - 2
No. 12-CV-05209-RBL

118144.0039/5329318.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

00002

## **DECLARATION OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 15th day of March, 2012, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Dennis R. Kurz
Weisberg & Meyers LLC
5025 N. Central Ave. #602
Phoenix, AZ  85012
Email: DKurz@AttorneysForConsumers.com

☑ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

DATED this 15th day of March, 2012 at Seattle, Washington.

_____
Declarant

VERIFICATION OF STATE COURT RECORDS - 3
No. 12-CV-05209-RBL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

118144.0039/5329318.1

00003

# EXHIBIT A

Performed on: Thu Mar 15 2012 8:05:48 PST
Search Title: 12-2-00031-2 - WA Superior Clallam County
Client/Matter #:
Case Type: Civil

**COURTTRAX**
**WA - Clallam County Superior Court**
Case #12-2-00031-2

## SUMMARY

| | |
|---|---|
| Title: STEPHANIE WILSON VS DISCOVER BANK | Court: CLALLAM COUNTY SUPERIOR COURT |
| Judge Id: 2 | Filed: 01/12/2012 |
| Cause of Action: MISCELLANEOUS | Resolution: UNCONTESTED RESOLUTION |
| Resolution Date: 03 12 2012 | Completion: UNCONTESTED COMPLETION |
| Completion Date: 03 12 2012 | Case Status: COMPLETED/RECOMPLETED |
| Status Date: 03 12 2012 | Note #1: JUDGE KEN WILLIAMS |

## NAMES

Total participants: 4

| Name | | |
|---|---|---|
| WILSON, STEPHANIE | Relation to Case: | Plaintiff (PLA01) |
| KURZ, DENNIS ROBERT | Relation to Case: | Attorney for Plaintiff/Petitioner (ATP01) |
| | Represented Parties: | WILSON, STEPHANIE (PLA01) |
| | Bar#: | 43735 |
| DISCOVER BANK | Relation to Case: | Defendant (DEF01) |
| DEGGINGER, GRANT STEVEN | Relation to Case: | Attorney for Defendant (ATD01) |
| | Represented Parties: | DISCOVER BANK (DEF01) |
| | Bar#: | 15261 |

## ATTORNEYS

| | | |
|---|---|---|
| KURZ, DENNIS ROBERT | Address: | 5025 N CENTRAL AVE # 602 PHOENIX, AZ 85012-1520 |
| | Bar #: | 43735 |
| | Phone: | (888) 595-9111 |
| | Last Address Change: | 06/10/2011 |
| | Status: | Active |
| DEGGINGER, GRANT STEVEN | Address: | 1420 5TH AVE STE 4100 SEATTLE, WA 98101-2338 |
| | Bar #: | 15261 |
| | Phone: | (206) 223-7000 |
| | Last Address Change: | 03/04/2005 |
| | Status: | Active |

## DOCKET & DOCUMENTS

Docket

| Item # | Date | Court Code | Description/Name | Secondary Info |
|---|---|---|---|---|
| - | 01 12 2012 | NOTE | JUDGE KEN WILLIAMS | |
| - | 01 12 2012 | $FFR | FILING FEE RECEIVED | 230.00 |
| 1 | 01 12 2012 | CICS | CASE INFORMATION COVER SHEET + | |
| 2 | 01 12 2012 | CMP | COMPLAINT FOR VIOLATION OF FEDERAL TELEPHONE CONSUMER PROTECTION ACT | |
| 3 | 01 12 2012 | SM | SUMMONS | |
| 4 | 01 19 2012 | DMJY6 | DEMAND FOR JURY-6 PERSON | |
| 5 | 02 27 2012 | AFSR | AFFIDAVIT/DCLR/CERT OF SERVICE | |
| 6 | 03 01 2012 | NTAPR | NOTICE OF APPEARANCE | |
| 7 | 03 12 2012 | NT | NOTICE TO SUPERIOR COURT CLERK OF REMOVAL TO | |

12 2 00031 2   WA Superior Clallam County : page 1 of 2

00005

FEDERAL COURT

NOTE: "The Washington State Administrative Office of the Courts and the Washington State courts do not warrant that the information is accurate or correct and deny liability for any damages resulting from the release or use of the data. In order to assure or verify the accuracy of the information or data received, the customer should personally consult the 'official' record reposing at the court of record."

**End of Report**

Copyright 2011 CourtTrax Corporation - info@courttrax.com

# EXHIBIT B

FILED
CLALLAM CO CLERK

2012 JAN 12 P 1:21

BARBARA CHRISTE...

12 2 00031 2

**CASE TYPE 2**

CLALLAM _____ COUNTY SUPERIOR COURT
CASE INFORMATION COVER SHEET
Case Title STEPHANIE WILSON v. DISCOVER BANK

Case Number _____
Attorney Name Dennis R. Kurz         Bar Membership Number 43735

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.

**APPEAL/REVIEW**
___ Administrative Law Review (ALR 2)
___ Appeal of a Department of Licensing Revocation (DOL 2)
___ Civil, Non-Traffic (LCA 2)
___ Civil, Traffic (LCI 2)

**CONTRACT/COMMERCIAL**
___ Breach of Contract (COM 2)
___ Commercial Contract (COM 2)
___ Commercial Non-Contract (COL 2)
___ Third Party Collection (COL 2)

**MERETRICIOUS RELATIONSHIP**
___ Meretricious Relationship (MER 2)

**DOMESTIC VIOLENCE/ANTIHARASSMENT**
___ Civil Harassment (HAR 2)
___ Domestic Violence (DVP 2)
___ Foreign Protection Order (FPO 2)
___ Vulnerable Adult Protection (VAP 2)

**JUDGMENT**
___ Abstract Only (ABJ 2)
___ Foreign Judgment (FJU 2)
___ Judgment, Another County (ABJ 2)
___ Judgment, Another State (FJU 2)
___ Tax Warrant (TAX 2)
___ Transcript of Judgment (TRJ 2)

**OTHER COMPLAINT/PETITION**
___ Action to Compel/Confirm Private Binding Arbitration (MSC 2)
___ Change of Name (CHN 2)
___ Deposit of Surplus Funds (MSC 2)
___ Emancipation of Minor (EOM 2)
___ Injunction (INJ 2)
___ Interpleader (MSC 2)
___ Malicious Harassment (MHA 2)

___ Minor Settlement (No guardianship) (MST 2)
___ Petition for Civil Commitment (Sexual Predator)(PCC 2)
___ Seizure of Property from Commission of Crime (SPC 2)
___ Seizure of Property Resulting from a Crime (SPR 2)
___ Subpoenas (MSC 2)

**PROPERTY RIGHTS**
___ Condemnation (CON 2)
___ Foreclosure (FOR 2)
___ Land Use Petition (LUP 2)
___ Property Fairness (PFA 2)
___ Quiet Title (QTI 2)
___ Unlawful Detainer (UND 2)

**TORT, MEDICAL MALPRACTICE**
___ Hospital (MED 2)
___ Medical Doctor (MED 2)
___ Other Health Care Professional (MED 2)

**TORT, MOTOR VEHICLE**
___ Death (TMV 2)
___ Non-Death Injuries (TMV 2)
___ Property Damage Only (TMV 2)

**TORT, NON-MOTOR VEHICLE**
___ Asbestos (PIN 2)
___ Other Malpractice (MAL 2)
___ Personal Injury (PIN 2)
___ Products Liability (TTO 2)
___ Property Damage (PRP 2)
___ Wrongful Death (WDE 2)

**WRIT**
___ Habeas Corpus (WHC 2)
___ Mandamus (WRM 2)
___ Restitution (WRR 2)
___ Review (WRV 2)

IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.
violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227

00008

# EXHIBIT C

**Superior Court of Washington
In and For Clallam County**

| | | |
|---|---|---|
| STEPHANIE WILSON | Plaintiff, | Cause No. **12 2 00031 2** |
| vs. | | DEMAND FOR JURY |
| DISCOVER BANK, | Defendant. | |

The Plaintiff, STEPHANIE WILSON, hereby elects to have the above entitled cause tried by a jury. The jury demand fee is hereby paid, in the amount of:

☑ Six Member Jury -- $125.00

☐ Twelve Member Jury -- $250.00

Dated this ___Jan. 6th___ day of January, 2012.

By:  Dennis R. Kurz
     Attorney for Plaintiff

Address:   5025 N. Central Ave. #602
           Phoenix, AZ 85012

Phone Number: 888-595-9111 ext. 412

# EXHIBIT D

# AFFIDAVIT OF SERVICE

**State of WASHINGTON**  **County of CLALLAM**  **Superior Court**

Case Number: 12-2-00031-2

Plaintiff:
**STEPHANIE WILSON**
vs.
Defendant:
**DISCOVER BANK**

Received by Pronto Process - Austin on the 2nd day of February, 2012 at 12:04 pm to be served on **DISCOVER BANK, 100 W. MARKET, GREENWOOD, DE 19950.** I, __GRANVILLE MORRIS__, being duly sworn, depose and say that on the __7th__ day of __February__, 20__12__ at __5 00p__.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT WITH JURY DEMAND** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(*) CORPORATE SERVICE: By serving __HELEN MALONEY__ as __PROCESS AGENT__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** __SERVED AT 502 E MARKET ST. GREENWOOD DE 19950__

I am a private process server authorized by local jurisdiction to serve process. I am over the age of twenty-one, not a party to nor interested in the outcome of this lawsuit. I am capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

Subscribed and Sworn to before me on the __7th__ day of __FEBRUARY__, __2012__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES
October 26, 2012

GRANVILLE MORRIS
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Pronto Process - Austin**
106 E. 6th Street
Suite 800
Austin, TX 78701
(512) 472-8777
Our Job Serial Number: 2012000190

SCANNED

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g

## RETURN OF NON-SERVICE for 11-CV-01334-ROS

I declare under penalty of perjury under the laws of the State of Washington: That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

**Eric Traina**
1015796

**14973 Interurban Avenue South
Suite 201
Tukwila, WA 98168**
(800) 672-1952
Our Job Serial Number: GPT-2011033134
Ref: 20111213144451

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5d

00013

# EXHIBIT E

```
                                        FILED
                                   CLALLAM CO CLERK

                                   2012 MAR -1  P 12: 32

                                   BARBARA CHRISTENSEN
```

SUPERIOR COURT OF WASHINGTON FOR CLALLAM COUNTY

STEPHANIE WILSON, )
)
Plaintiff, ) No. 12-2-00031-2
)
v. ) **NOTICE OF APPEARANCE**
)
DISCOVER BANK, )
)
Defendant. )

TO:        STEPHANIE WILSON;

AND TO:    DENNIS R. KURZ, Attorney for Plaintiff;

AND TO:    CLERK OF THE COURT;

AND TO:    ALL OTHER PARTIES OF INTEREST

PLEASE TAKE NOTICE that without waiving any objections as to personal jurisdiction or subject matter jurisdiction, venue, or sufficiency of process, the appearance of Defendant Discover Bank is hereby entered in the above-entitled action through the undersigned attorneys. You are hereby directed to serve all further papers and pleadings, except original process, upon the undersigned attorneys at the address below stated.

DATED: February 29, 2012

LANE POWELL PC

By _____
Grant S. Degginger, WSBA No. 15261
Erin M. Wilson, WSBA No. 42454
Attorneys for Defendant Discover Bank

NOTICE OF APPEARANCE - 1
No. 12-2-00031-2

ORIGINAL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2012, I caused to be served a copy of the foregoing **NOTICE OF APPEARANCE** on the following person(s) in the manner indicated below at the following address(es):

| Dennis R. Kurz<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave. #602<br>Phoenix, AZ 85012<br>DKurz@AttorneysForConsumers.com | ☑ by **Electronic Mail**<br>☐ by **CM/ECF**<br>☐ by **ABC / Process Service**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☑ by **Overnight Delivery** |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 29th day of February, 2012.

*/s/ Janet Wiley*
Janet Wiley

NOTICE OF APPEARANCE - 2
No. 12-2-00031-2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338

00016

# EXHIBIT F

```
                                                    FILED
                                               CLALLAM CO CLERK

                                               2012 MAR 12  P 12: 55

                                               BARBARA CHRISTENSEN
```

SUPERIOR COURT OF WASHINGTON FOR CLALLAM COUNTY

| | |
|---|---|
| STEPHANIE WILSON, ) | |
| ) | NO. 12-2-00031-2 |
| Plaintiff, ) | |
| ) | **NOTICE TO SUPERIOR COURT** |
| v. ) | **CLERK OF REMOVAL TO FEDERAL** |
| ) | **COURT** |
| DISCOVER BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:        Clerk of the Court

AND TO:    Stephanie Wilson, Plaintiff

AND TO:    Dennis R. Kurz, her attorney.

   NOTICE IS HEREBY GIVEN, pursuant to 28 U.S.C. § 1331, 1441 and 1446, that defendant Discover Bank filed a Notice of Removal, Declaration of Erin M. Wilson in Support of Notice of Removal, and Notice to Plaintiff of Removal, copies of which are attached to this Notice, for removal of the above-entitled action to the United States District Court for the Western District of Washington at Tacoma.

   This removal terminates this Court's jurisdiction and all proceedings in this forum pursuant to 28 U.S.C. § 1331, 1441 and 1446.

NOTICE TO SUPERIOR COURT CLERK OF
REMOVAL TO FEDERAL COURT - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338

DATED: March 9, 2012

LANE POWELL PC

By *(signature)*
Grant S. Degginger, WSBA No. 15261
Erin M. Wilson, WSBA No. 42454
Attorneys for Defendant Discover Bank

NOTICE TO SUPERIOR COURT CLERK OF
REMOVAL TO FEDERAL COURT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338

00019

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I caused to be served a copy of the foregoing on the following person(s) in the manner indicated below at the following address(es):

| Dennis R. Kurz<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave. #602<br>Phoenix, AZ 85012<br>DKurz@AttorneysForConsumers.com | ☑ by **Electronic Mail**<br>☐ by **CM/ECF**<br>☐ by **ABC / Process Service**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☑ by **Overnight Delivery** |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 9th day of March, 2012.

*Janet Wiley*
Janet Wiley

NOTICE TO SUPERIOR COURT CLERK OF
REMOVAL TO FEDERAL COURT - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338

00020