IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR CLALLAM COUNTY

| | |
|---|---|
| DISCOVER BANK, ISSUER OF THE DISCOVER CARD<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHANIE M WILSON and DOE 1, and their marital community composed thereof,<br>　　　　　　　　　　　　　Defendants. | No.:<br><br><br><br><br>COMPLAINT FOR MONIES DUE |

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Plaintiff, alleges as follows:

1. At all times mentioned herein, plaintiff was and is an FDIC insured Delaware State Bank, organized and existing under the laws of the State of Delaware. Plaintiff is duly authorized to bring this action in the state of Washington. The indebtedness sued on herein was incurred on behalf and for the benefit of their marital community.

2. The above-named defendants are husband and wife, constituting a marital community under the laws of the State of Washington.

3. The defendants entered into a revolving credit agreement with plaintiff. Defendants agreed to make regular monthly payments. As a result of the terms of the agreement, the defendants are indebted to the plaintiff in the principal sum of $4034.34.

COMPLAINT FOR MONIES DUE

- 1 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101

because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a Default Judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED: June 23, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

\_\_/s/_____
[ ] Krista L. White WSBA 8612
[ ] Laurie K. Friedl WSBA 35598
[X] Jeffrey S. Mackie WSBA 35829
[ ] Peter R. Osterman WSBA 27803
[ ] Marisa A. Bender WSBA 38191
Attorneys for Plaintiff

DF090130
SRVSNCWAD

SUMMONS

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
- 2 - SEATTLE, WASHINGTON, 98101

NOTICE: State and federal law provide protections to defendants who are on active duty in the military service, and to their dependents. Dependents of a service member are the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

One protection provided is the protection against the entry of a default judgment in certain circumstances. This notice only pertains to a defendant who is a dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days. Other defendants in military service also have protections against default judgments not covered by this notice. If you are the dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days, you should notify the plaintiff or the plaintiff's attorneys in writing of your status as such within twenty days of the receipt of this notice. If you fail to do so, then a court or an administrative tribunal may presume that you are not a dependent of an active duty member of the national guard or reserves, and proceed with the entry of an order of default and/or a default judgment without further proof of your status. Your response to the plaintiff or plaintiff's attorneys about your status does not constitute an appearance for jurisdictional purposes in any pending litigation nor a waiver of your rights. RCW 38.42.050.

SRVSNCWAD DB906130

fendants also agreed to pay attorney's fees and costs in the event legal action is necessary collect the unpaid balance.

4. Although demand has repeatedly been made upon the defendants, no ments have been made as agreed, and defendants are now in default under the terms and nditions of the agreement.

HEREFORE, plaintiff prays for a judgment against the above-named defendants and their rital community as follows:

1. For the principal sum of $4034.34.

2. Its costs incurred in this action and attorney's fees as provided for by tract.

3. For Post Judgment interest to run at the rate of 12% per annum from the e of judgment.

4. Such other further and equitable relief as the Court may deem just and per.

DATED: June 23, 2011

        BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

        /s/
        [ ] Krista L. White WSBA 8612
        [ ] Laurie K. Friedl WSBA 35598
        [X] Jeffrey S. Mackie WSBA 35829
        [ ] Peter R. Osterman WSBA 27803
        [ ] Marisa A. Bender WSBA 38191
        Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR CLALLAM COUNTY

| | |
|---|---|
| DISCOVER BANK, ISSUER OF THE DISCOVER CARD<br>            Plaintiff,<br>   vs.<br>STEPHANIE M WILSON and DOE I , and their marital community composed thereof,<br>            Defendants. | No.:<br><br>SUMMONS |

To The Defendants: STEPHANIE M WILSON and DOE I , and their marital community composed thereof,:

A lawsuit has been started against you in the above-entitled Court by DISCOVER BANK, ISSUER OF THE DISCOVER CARD, Plaintiff.

Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of this Summons, excluding the day of service, or within 60 days after service of this Summons, excluding the day of service, if you are served outside the State of Washington, or a Default Judgment may be entered against you without notice. A Default Judgment is where Plaintiff is entitled to what it asks for

SUMMONS                   BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                              720 OLIVE WAY, SUITE 1201
                   - 1 -    SEATTLE, WASHINGTON, 98101

because you have not responded. If you serve a Notice of Appearance on the undersigned attorneys, you are entitled to notice before a Default Judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

      DATED: June 23, 2011.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/
[] Krista L. White WSBA 8612
[] Laurie K. Friedl WSBA 35598
[X] Jeffrey S. Mackie WSBA 35829
[] Peter R. Osterman WSBA 27803
[] Marisa A. Bender WSBA 38191
Attorneys for Plaintiff

DH090130
SRVSNCWAD

SUMMONS

- 2 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101

NOTICE: State and federal law provide protections to defendants who are on active duty in the military service, and to their dependents. Dependents of a service member are the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

One protection provided is the protection against the entry of a default judgment in certain circumstances. This notice only pertains to a defendant who is a dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days. Other defendants in military service also have protections against default judgments not covered by this notice. If you are the dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days, you should notify the plaintiff or the plaintiff's attorneys in writing of your status as such within twenty days of the receipt of this notice. If you fail to do so, then a court or an administrative tribunal may presume that you are not a dependent of an active duty member of the national guard or reserves, and proceed with the entry of an order of default and/or a default judgment without further proof of your status. Your response to the plaintiff or plaintiff's attorneys about your status does not constitute an appearance for jurisdictional purposes in any pending litigation nor a waiver of your rights. RCW 38.42.050.

SRVSNCWAD DB906130

SUMMONS
- 3 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR CLALLAM COUNTY

| | |
|---|---|
| DISCOVER BANK, ISSUER OF THE DISCOVER CARD<br>Plaintiff,<br>vs.<br>STEPHANIE M WILSON and DOE I , and their marital community composed thereof,<br>Defendants. | No.:<br><br>COMPLAINT FOR MONIES DUE |

**WE ARE A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Plaintiff, alleges as follows:

1. At all times mentioned herein, plaintiff was and is an FDIC insured Delaware State Bank, organized and existing under the laws of the State of Delaware. Plaintiff is duly authorized to bring this action in the state of Washington. The indebtedness sued on herein was incurred on behalf and for the benefit of their marital community.

2. The above-named defendants are husband and wife, constituting a marital community under the laws of the State of Washington.

3. The defendants entered into a revolving credit agreement with plaintiff. Defendants agreed to make regular monthly payments. As a result of the terms of the agreement, the defendants are indebted to the plaintiff in the principal sum of $4034.34.

COMPLAINT FOR MONIES DUE

- 1 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101

1 | Defendants also agreed to pay attorney's fees and costs in the event legal action is necessary
2 | to collect the unpaid balance.
3 |   4. Although demand has repeatedly been made upon the defendants, no
4 | payments have been made as agreed, and defendants are now in default under the terms and
5 | conditions of the agreement.
6 | WHEREFORE, plaintiff prays for a judgment against the above-named defendants and their
7 | marital community as follows:
8 |   1. For the principal sum of $4034.34.
9 |   2. Its costs incurred in this action and attorney's fees as provided for by
10 | contract.
11 |   3. For Post Judgment interest to run at the rate of 12% per annum from the
12 | date of judgment.
13 |   4. Such other further and equitable relief as the Court may deem just and
14 | proper.
15 | DATED: June 23, 2011

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/
[ ] Krista L. White WSBA 8612
[ ] Laurie K. Friedl WSBA 35598
[X] Jeffrey S. Mackie WSBA 35829
[ ] Peter R. Osterman WSBA 27803
[ ] Marisa A. Bender WSBA 38191
Attorneys for Plaintiff

DF090130
SRVSNCWAD

COMPLAINT FOR MONIES DUE

- 2 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR CLALLAM COUNTY

| | |
|---|---|
| DISCOVER BANK, ISSUER OF THE DISCOVER CARD<br><br>            Plaintiff,<br>vs.<br><br>STEPHANIE M WILSON and DOE I , and their marital community composed thereof,<br>            Defendants. | No.:<br><br>SUMMONS |

To The Defendants: STEPHANIE M WILSON and DOE I , and their marital community composed thereof,:

A lawsuit has been started against you in the above-entitled Court by DISCOVER BANK, ISSUER OF THE DISCOVER CARD, Plaintiff.

Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of this Summons, excluding the day of service, or within 60 days after service of this Summons, excluding the day of service, if you are served outside the State of Washington, or a Default Judgment may be entered against you without notice. A Default Judgment is where Plaintiff is entitled to what it asks for

SUMMONS
- 1 -

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON, 98101