Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **STEPHANIE WILSON**, | ) Case No. 3:12-cv-05209-RBL |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **DISCOVER BANK,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in

Notice of Settlement - 1

WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
866-595-9111
866-565-1327 facsimile
dkurz@AttorneysForConsumers.com

the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 4th day of June, 2012.

                       s/Dennis R. Kurz
                       Dennis R. Kurz
                       WEISBERG & MEYERS, LLC

Filed electronically on this 4th day of June, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 4th day of June, 2012 to:

Erin M. Wilson
Lane Powell P.C.
1420 Fifth Ave., Suite 4100
Seattle WA 98101-2338
 E-Mail: wilsonem@lanepowell.com

By: s/Dana Patch
      Dana Patch

Notice of Settlement - 2

WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
866-595-9111
866-565-1327 facsimile
dkurz@AttorneysForConsumers.com